HEREFORD v. GUYER et al. (Circuit Court of Appeals, Fourth Circuit. September 28, 1916.) No. 1426. On Petition to Superintend and Revise, in Matter of Law, Proceedings of the District Court of the United States at

Charleston, W. Va., in Bankruptcy. Murray Briggs, Henry S. Cato, and J. W. Kennedy, all of Charleston, W. Va., for petitioner. Payne, Minor & Bouchelle, of Charleston, W. Va., for respondents.

PER CURIAM. Petition to superintend and revise dismissed under rule 20 (150 Fed. xxxi, 79 C. C. A. xxxi) per agreement of counsel.